# United States District Court
## Southern District of Georgia

Kusumben I. Patel

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-102

United States

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 16, 2018, Defendant's Motion to Dismiss is Granted. Plaintiff's complaint is Dismissed Without Prejudice. This action stands closed.



April 16, 2018
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk